UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAHRI SMITH,

Plaintiff,

v.

ROBIN MCCARTHY, et al.,

Defendants.

Case No. 2:26-cv-98

Honorable Phillip J. Green

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: November 2, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge